**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

CHRISTIANS, et al.                                                      PLAINTIFF

v.                                              Case No. 06-5026

MEYER PROPERTIES, LLC,
MEYER PEDIATRIC THERAPY SERVICES, INC.,
MEYER DEVELOPMENT, LLC,
MEYER AND DYKES PROPERTIES, LLC,
MEYER PEDIATRIC DEVELOPMENT LEARNING
CENTER, INC., MEYER SPEECH THERAPY
SERVICES, INC., MEYER AND NGUYEN PROPERTIES,
LLC, PATRICK MEYER, and JULIE MEYER                      DEFENDANTS

**<u>ORDER</u>**

Now on the 20th day of March, 2006, the above referenced matter comes on for consideration.  The Court, being well and sufficiently advised, finds and orders as follows:

1.  The plaintiffs filed their complaint on February 14, 2006 against defendants Meyer Properties, LLC, Meyer Pediatric Therapy Services, Inc., Meyer Development, LLC, Meyer and Dykes Properties, LLC, Meyer Pediatric Development Learning Center, Inc., Meyer Speech Therapy Services, Inc., Meyer and Nguyen Properties, LLC, Patrick Meyer, and Julie Meyer.

2.  Separate Defendants Meyer Pediatric Therapy Services, Inc., Meyer and Dykes Properties, LLC, Meyer Pediatric Development Learning Center, Inc., Meyer Speech Therapy Services, Inc., and Meyer and Nguyen Properties, LLC have filed motions to

dismiss (documents # 3, 4, 5, and 13). The three motions to dismiss each include supporting affidavits.

3. In their response to the motions to dismiss, the plaintiffs ask the Court to treat the motions as motions for summary judgment, and allow them a reasonable opportunity to conduct discovery and then to present material pertinent to the summary judgment motions.

4. The Court finds that the motions to dismiss (documents #3, 4, 5, and 13) will be treated as motions for summary judgment. *See* F. R. Civ. P. 12(b). And, the plaintiffs are allowed until April 21, 2006 within which to conduct discovery pertinent to the issues presented by the motions. Following discovery, plaintiffs should file their response to the motions by April 28, 2006.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
UNITED STATES DISTRICT JUDGE